# Exhibit 7

**Bird & Bird**

Bird & Bird LLP
12 New Fetter Lane
London EC4A 1JP
United Kingdom

Tel  +44 (0) 20 7415 6000
DX  119 London

twobirds.com

**STRICTLY PRIVATE AND CONFIDENTIAL**
**BY EMAIL**

FAO: Amir Ali
Pakistan International Airlines Corporation Limited
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan

amir.ali@piac.aero   cto@piac.aero

Our Ref:			STE/YVPK

22 November 2022

Dear Sirs

**Our client: Willis Lease Finance Corporation**

1. We have been instructed by our client, Willis Lease Finance Corporation ("**Willis**"), in relation to ongoing, overdue sums owed by Pakistan International Airlines Corporation Limited ("**PIA**" or "**you**") pursuant to four engine leases (as further described in Annex 1 to this letter – the "**Leases**"). These relate to ESNs 575195, 697262, 697519 and 779168 (the "**Engines**"). The sum owing to our client, on behalf of the Lessors, continues to accrue interest under the Leases (in total, the "**Outstanding Sum**").

2. On 15 November 2022, our client notified you that your non-payment under the Leases constituted a continuing Event of Default and demanded immediate payment of all sums failing which you were required to cease all utilisation of the Engines and prepare the Engines for prompt return in their return condition as stated in the Leases. You failed to acknowledge or respond to this notice, failed to make full payment and you remain in breach of the Leases.

3. While our client has sought to resolve this issue swiftly in a commercial manner, your failure to cure these Events of Default is highly concerning. Accordingly, you are required to make payment of the Outstanding Sum without delay and in any event within three business days of this letter (i.e. by Friday 25 November 2022). If payment in full is not received by then, **you are not to operate any of the Engines and they must be made ready for their immediate return**.

4. In the event that full payment of the Outstanding Sum is not received by 25 November 2022 our client intends to take legal action on behalf of the lessors in order to recover the sums owed pursuant to the Leases and to procure the immediate return of the Engines. In those circumstances we will treat PIA's refusal to engage with our client or make payment as evidence of PIA's intent to avoid its liability and we shall advise our client as to seeking interim relief as appropriate including, but not limited to, seeking

Bird & Bird LLP is a limited liability partnership, registered in England and Wales with registered number OC340318 and is authorised and regulated by the Solicitors Regulation Authority (SRA) with SRA ID 497264. Its registered office and principal place of business is as above. Bird & Bird is an international legal practice comprising Bird & Bird LLP and its affiliated and associated businesses having offices in the locations listed. The word "partner" is used to refer to a member of Bird & Bird LLP or an employee or consultant, or to a partner, member, director, employee or consultant in any of its affiliated or associated businesses, with equivalent standing and qualifications. A list of members of Bird & Bird LLP, and of any non-members who are designated as partners, and of their respective professional qualifications, is open to inspection at the above address.

**Bird & Bird**

to injunct PIA aircraft in UK airports without reference to you. We further understand that commencement of such proceedings is likely to create cross defaults over PIA's other leases.

We await hearing from you by return that full payment in cleared funds will be made by no later than 25 November 2022. In the meantime, all of our client's rights are expressly reserved.

Yours faithfully

*Bird + Bird LLP*

**Bird & Bird LLP**

cc (by email only): cwillis@willislease.com; dpoulakidas@willislease.com

Bird & Bird

**Annex 1**

**Engine Leases**

1. Lease Agreement in respect of ESN 575195 dated as of 12 May 2021 between Bank of Utah, not in its individual capacity but solely as owner trustee, as lessor, and Pakistan Airlines, as lessee

2. Lease Agreement in respect of ESN 697262 dated as of 20 April 2022 between Bank of Utah, not in its individual capacity but solely as owner trustee, as lessor and Pakistan Airlines

3. Lease Agreement in respect of ESN 697519 dated as of 12 May 2021 between Bank of Utah, not in its individual capacity but solely as owner trustee, as lessor, and Pakistan Airlines

4. Lease Agreement in respect of ESN 779168 dated as of 20 April 2022 between Wells Fargo Trust Company, National Association, not in its individual capacity but solely as owner trustee, as lessor, and Pakistan Airlines

"**Lessors**" means as applicable under each Lease, Bank of Utah, not in its individual capacity but solely as owner trustee, and Wells Fargo Trust Company, National Association, not in its individual capacity but solely as owner trustee.