Exhibit 8




February 3, 2023                                                        VIA COURIER AND EMAIL

Pakistan International Airlines Corporation Limited
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan

Attn: Amir Ali, Chief Technical Officer (amir.ali@piac.aero; cto@piac.aero)

**NOTICE OF CONTINUING EVENTS OF DEFAULT,
DEMAND FOR PAYMENT AND DEMAND TO CEASE UTILIZATION/PREPARE FOR RETURN
Lease Agreements for ESNs 575195, 697262, 697519 & 779168 (the "Engines")**

Dear Mr. Ali:

You are hereby, again, formally notified that an "Event of Default" has occurred and is continuing under each of the Lease Agreements (more particularly described in Annex 1 to this Notice, the "Leases"), as a result of PIA's continuing failure to pay the following aggregate amounts due under the Leases: (1) rent in the amount of $531,160.65, (2) use fees in the amount of $836,570.61, and (3) default interest in the amount of $19,839.35. These amounts, minus $20,000.00 in credits, total **$1,367,570.61**, and are detailed in the attached statement of account and supporting invoices in Annex 2 of this Notice. We further advise you that under Article 10 of each Lease, Lessors may charge PIA additional default interest on all of these unpaid amounts.

**PIA must immediately cure the aforementioned outstanding Events of Default. Unless payment of all amounts owed is immediately received, we demand that you cease to utilize the Engines and prepare each of them for immediate return in the condition required under the corresponding Lease.**

Willis Lease Finance Corporation, on behalf of Lessors, reserves all of Lessors' available rights and remedies under the Leases, whether or not mentioned herein; including, without limitation, the right to repossess the Engines, commence legal proceedings against PIA and seize or attach PIA's assets for all sums for which PIA is obligated under the Leases. Such sums include, without limitation, past due and future rents, use fees, legal fees, default interest, transportation and other costs which PIA is obligated to pay.

Sincerely,

**WILLIS LEASE FINANCE CORPORATION, as Servicer**

Dean M. Poulakidas
Senior Vice President & General Counsel

cc:    Aslam R. Khan                                        Charles F. Willis, IV
       (khidepk@piac.aero; chairmanpia@piac.aero)          Austin C. Willis
       Muhammad Amir Hayat (ceo@piac.aero)                 Brian R. Hole
       Amos Nadeem (cfo@piac.aero)                         Craig W. Welsh
       Asif Zia (khibcpk@piac.aero)                        Scott B. Flaherty
                                                           Garry A. Failler
                                                           Elvis C. Lee

**ANNEX 1**

**ENGINE LEASES**

1.  Lease Agreement in respect of ESN 575195 dated as of May 12, 2021 between Bank of Utah, not in its individual capacity but solely as owner trustee, as lessor, and Pakistan International Airlines Corporation Limited, as lessee ("PIA").

2.  Lease Agreement in respect of ESN 697262 dated as of April 20, 2022 between Bank of Utah, not in its individual capacity but solely as owner trustee, as lessor, and PIA.

3.  Lease Agreement in respect of ESN 697519 dated as of May 12, 2021 between Bank of Utah, not in its individual capacity but solely as owner trustee, as lessor, and PIA.

4.  Lease Agreement in respect of ESN 779168 dated as of April 20, 2022 between Wells Fargo Trust Company, National Association, not in its individual capacity but solely as owner trustee, as lessor, and PIA.

"Lessors" means, as applicable under each Lease, Bank of Utah, not in its individual capacity but solely as owner trustee, and Wells Fargo Trust Company, National Association, not in its individual capacity but solely as owner trustee.

**ANNEX 2**
**STATEMENT OF ACCOUNT AND INVOICES**

[See attached]

Filing Date: 2/3/2023

| Customer Name | FAN SIZE | MARKETING REP | Invoice Date | Due Date | Days | Billing Type | Invoice Number | Engine No | Default Interest | Total Outstanding | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 Days + |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 6/22/2022 | 6/22/2022 | 225 | Credits | 46978 | 697262 | | (10,000.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10,000.00) |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 6/22/2022 | 6/22/2022 | 225 | Credits | 46979 | 779168 | | (10,000.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10,000.00) |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 6/28/2022 | 6/28/2022 | 219 | Default Interest | 1. 49007 | 697262 | $688.07 | 12,938.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,938.05 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 8/31/2022 | 8/31/2022 | 155 | Default Interest | 2. 49968 | 697262 | $238.63 | 6,901.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,901.30 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 9/12/2022 | 10/17/2022 | 108 | Rental | 3. 49904 | 697262 | $4.19 | 160.65 | 0.00 | 0.00 | 0.00 | 0.00 | 160.65 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 12/1/2022 | 11/15/2022 | 79 | Rental | 4. 50530 | 697262 | $426.88 | 22,348.88 | 0.00 | 0.00 | 0.00 | 22,348.88 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 12/1/2022 | 11/15/2022 | 79 | Maintenance | 5. 91801 | 779168 | $426.88 | 22,348.88 | 0.00 | 0.00 | 0.00 | 22,348.88 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 12/1/2022 | 11/15/2022 | 79 | Maintenance | 6. 91802 | 697519 | $2,088.89 | 109,362.18 | 0.00 | 0.00 | 0.00 | 109,362.18 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 12/1/2022 | 11/15/2022 | 79 | Maintenance | 7. 90258 | 575195 | $2,088.89 | 109,362.18 | 0.00 | 0.00 | 0.00 | 109,362.18 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 10/6/2022 | 11/17/2022 | 77 | Rental | 8. 94837 | 697262 | $809.84 | 43,500.00 | 0.00 | 0.00 | 0.00 | 43,500.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 10/6/2022 | 11/18/2022 | 76 | Rental | 9. 93708 | 779168 | $809.84 | 45,000.00 | 0.00 | 0.00 | 0.00 | 45,000.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 10/6/2022 | 11/18/2022 | 76 | Rental | 10. 94905 | 575195 | $826.89 | 45,000.00 | 0.00 | 0.00 | 0.00 | 45,000.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 1/23/2023 | 12/15/2022 | 49 | Maintenance | 11. 51101 | 697262 | $826.89 | 117,997.49 | 0.00 | 0.00 | 117,997.49 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 1/23/2023 | 12/15/2022 | 49 | Maintenance | 12. 91925 | 779168 | $1,397.95 | 117,997.49 | 0.00 | 0.00 | 117,997.49 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 1/23/2023 | 12/15/2022 | 49 | Maintenance | 13. 51100 | 575195 | $1,397.95 | 92,890.87 | 0.00 | 0.00 | 92,890.87 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 12/17/2022 | 12/17/2022 | 49 | Rental | 14. 50128 | 697262 | $1,397.95 | 45,000.00 | 0.00 | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 12/27/2022 | 12/27/2022 | 47 | Rental | 15. 91761 | 779168 | $1,100.50 | 45,000.00 | 0.00 | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 11/4/2022 | 12/18/2022 | 46 | Rental | 16. 50098 | 575195 | $494.32 | 45,000.00 | 0.00 | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 11/4/2022 | 12/18/2022 | 46 | Rental | 17. 50098 | 697519 | $550.49 | 45,000.00 | 0.00 | 122,131.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 1/25/2023 | 1/15/2023 | 18 | Maintenance | 18. 91757 | 697262 | $550.49 | 122,131.32 | 0.00 | 122,131.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 1/24/2023 | 1/15/2023 | 18 | Maintenance | 19. 51117 | 779168 | $531.52 | 122,131.32 | 0.00 | 122,131.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 1/27/2023 | 1/17/2023 | 16 | Maintenance | 20. 91928 | 697262 | $531.52 | 43,500.00 | 0.00 | 43,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 1/27/2023 | 1/17/2023 | 16 | Rental | 21. 50624 | 779168 | $168.28 | 43,500.00 | 0.00 | 43,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 12/7/2022 | 1/17/2023 | 16 | Rental | 22. 91832 | 697519 | $168.28 | 45,000.00 | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 12/7/2022 | 1/18/2023 | 15 | Rental | 23. 91829 | 697519 | $163.20 | 45,000.00 | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 12/7/2022 | 1/18/2023 | 15 | Rental | 24. 50591 | 575195 | $163.20 | 45,000.00 | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | **Total** | | **$1,367,570.61** | | | | | | |

| | | |
|---|---|---|
| Default interest to be invoiced | | $16,864.93 |
| Default interest invoiced previously | | $19,839.35 |
| Default interest due | | ($2,974.42) |

| Base | 1 month LIBOR | Default Interest Rate |
|---|---|---|
| 4.25% | 4.57500% | 8.8250% |

0.02418% Rate per day based on 365 days

**LIBOR Rates**

**Libor Rates (USD)**

| | LATEST |
|---|---|
| Libor Overnight | 4.29686 |
| Libor 1 Month | 4.57500 |
| Libor 3 Month | 4.79629 |
| Libor 6 Month | 5.08786 |
| Libor 1 Year | 5.21529 |

(Rates shown are effective 2/01/23)

Sources: FactSet, ICE Benchmark Administration

**10. Default Rate (clause 3.5, annex 1, definition)**

Four and one half per cent (4.5%) per annum over LIBOR (as determined by reference to the offered rate for deposits in U.S. Dollars for a period of one month on the first day of the applicable month and published by the British Bankers Association, "LIBOR" ), but not to exceed the maximum amount permitted by law.



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:**  **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:**  49007
**Invoice Date:**  Jun 28, 2022

Pursuant to the Lease Agreement:

**Lessor:**  Willis Lease Finance Corporation
**Engine Model:**  CFM56-5B6/P
**Serial Number:**  697262

| Description | Payment Due Date | Currency | Amount Due |
|---|---|---|---|
| | Jun 28, 2022 | USD | 12,938.05 |
| Default Interest ESN 69762 - 779168 - 575195 | | | |

|  |  |
|---|---|
| **Total Amount Due (USD):** | 12,938.05 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | City National Bank |
| | Los Angeles, CA |
| SWIFT Code: | CINAUS6L |
| ABA No.: | 122016066 |
| Account Name: | Willis Lease Finance Corporation |
| Account No.: | 432633411 |
| Reference: | ESN: 697262 Invoice No: 49007 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701

| Filing Date | | | | | 6/27/2022 | | | | | | | | | | | | | |

| Customer Name | FAN SIZE | MARKETING REP | Division | Contract Number | Invoice Date | Due Date | Days | Billing Type | Invoice Number | Engine No | Accrued Interest | Total Outstanding | Current | 0 - 30 Days | 31- 60 Days | 61 - 90 Days | 91 - 120 Days | 121 Days + |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 200 | WL1084AOL1 | 6/22/2022 | 6/22/2022 | 6 | Credits | 46978 | 697262 | | (10,000.00) | 0.00 | (10,000.00) | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 520 | V0027AOL2 | 6/22/2022 | 6/22/2022 | 6 | Credits | 46979 | 779168 | | (10,000.00) | 0.00 | (10,000.00) | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 200 | WL0992AOL1 | 2/2/2022 | 3/18/2022 | 102 | Rental | 1.47978 | 575195 | 742.23 | 45,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,000.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 520 | V0021AOL1 | 2/2/2022 | 3/18/2022 | 102 | Rental | 2.91276 | 697519 | 742.23 | 45,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,000.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 200 | WL0992AOL1 | 3/4/2022 | 4/18/2022 | 71 | Rental | 3.48210 | 575195 | 516.65 | 45,000.00 | 0.00 | 0.00 | 45,000.00 | 0.00 | | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 520 | V0021AOL1 | 3/4/2022 | 4/18/2022 | 71 | Rental | 4.91317 | 697519 | 516.65 | 45,000.00 | 0.00 | 0.00 | 45,000.00 | 0.00 | | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 200 | WL0992AMR1 | 3/20/2022 | 3/15/2022 | 105 | Maintenance | 5.48316 | 575195 | 2,129.92 | 125,442.97 | 0.00 | 0.00 | 0.00 | 0.00 | 125,442.97 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 520 | V0021AMR1 | 3/20/2022 | 3/15/2022 | 105 | Maintenance | 6.91346 | 697519 | 2,129.92 | 125,442.97 | 0.00 | 0.00 | 0.00 | 0.00 | 125,442.97 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 200 | WL0992AOL1 | 4/7/2022 | 5/18/2022 | 41 | Rental | 7.48441 | 575195 | 298.35 | 45,000.00 | 0.00 | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 520 | V0021AOL1 | 4/7/2022 | 5/18/2022 | 41 | Rental | 8.91390 | 697519 | 298.35 | 45,000.00 | 0.00 | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 200 | WL0992AMR1 | 4/22/2022 | 4/15/2022 | 74 | Maintenance | 9.48548 | 575195 | 1,588.82 | 132,774.36 | 0.00 | 0.00 | 0.00 | 132,774.36 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 520 | V0021AMR1 | 4/22/2022 | 4/15/2022 | 74 | Maintenance | 10.91409 | 697519 | 1,588.82 | 132,774.36 | 0.00 | 0.00 | 0.00 | 132,774.36 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 200 | V0021AOL1 | 5/6/2022 | 6/18/2022 | 10 | Rental | 11.91443 | 697519 | 72.77 | 45,000.00 | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 200 | WL0992AOL1 | 5/7/2022 | 6/18/2022 | 10 | Rental | 12.48670 | 575195 | 72.77 | 45,000.00 | 0.00 | 45,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 200 | WL0992AMR1 | 5/23/2022 | 5/15/2022 | 44 | Maintenance | 13.48757 | 575195 | 792.76 | 111,419.97 | 0.00 | 0.00 | 111,419.97 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 520 | V0021AMR1 | 5/23/2022 | 5/15/2022 | 44 | Maintenance | 14.91461 | 697519 | 792.76 | 111,419.97 | 0.00 | 0.00 | 111,419.97 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 200 | WL1084AOL1 | 5/26/2022 | 6/17/2022 | 11 | Rental | 15.48765 | 697262 | 77.38 | 43,500.00 | 0.00 | 43,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 520 | V0027AOL2 | 5/26/2022 | 6/17/2022 | 11 | Rental | 16.91465 | 779168 | 77.38 | 43,500.00 | 0.00 | 43,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 200 | WL0992AMR1 | 6/21/2022 | 6/15/2022 | 13 | Maintenance | 17.48984 | 575195 | 250.15 | 118,994.77 | 0.00 | 118,994.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | 520 | V0021AMR1 | 6/21/2022 | 6/15/2022 | 13 | Maintenance | 18.91517 | 697519 | 250.15 | 118,994.77 | 0.00 | 118,994.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pakistan International Airlines Corporation Limited | Large Fan | Elvis Lee | | | 6/28/2022 | 6/28/2022 | 0 | Default Interest | 19.49007 | | | 12,938.05 | 12,938.05 | 118,994.77 | 0.00 | 0.00 | 0.00 | - |
| | | | | | | | | | | Total | 12,938.05 | | 1,417,202.19 | 12,938.05 | 394,989.54 | 312,839.94 | 355,548.72 | 340,885.94 | - |

| | | | | Default Interest to be invoiced | | | $ | 12,938.05 |
|---|---|---|---|---|---|---|---|---|

| Base | 1 month LIBOR | Default Interest Rate |
|---|---|---|
| 4.25% | 1.65229% | 5.9023% |

0.01617%  Rate per day based on 365 days

**15. Default Rate** (clause 2.8, clause 1, definition)

Four and one half percent (4.26%) per annum over LIBOR (as determined by reference to offered rate for deposits in U.S. Dollars for a period of one month on the first day of the applicable month, and published by the British Bankers Association, "LIBOR"), but not to exceed the maximum amount permitted by law.

LIBOR Rates

Rates shown are effective 6/24/2022

Libor Rates (USD) | Pound Libor Rates | Yen Libor Rates

| | US (%) |
|---|---|
| Libor Overnight | 1.57100 |
| Libor 1 Month | 1.65229 |
| Libor 3 Month | 2.23457 |
| Libor 6 Month | 2.88714 |
| Libor 1 Year | 3.57200 |

Source: FactSet, ICE Benchmark Administration



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:** 49468
**Invoice Date:** Aug 31, 2022

Pursuant to the Lease Agreement:

**Lessor:** Willis Lease Finance Corporation
**Engine Model:** CFM56-5B6/P
**Serial Number:** 697262

| Description | Payment Due Date | Currency | Amount Due |
|---|---|---|---|
| Interest | Aug 31, 2022 | USD | 6,901.30 |
| Default Interest- 697262 - 779168 - 575195 | | | |

| | | |
|---|---|---|
| **Total Amount Due (USD):** | | 6,901.30 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | City National Bank |
| | Los Angeles, CA |
| SWIFT Code: | CINAUS6L |
| ABA No.: | 122016066 |
| Account Name: | Willis Lease Finance Corporation |
| Account No.: | 432633411 |
| Reference: | ESN: 697262 Invoice No: 49468 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Interest Calculation for Period Aug 31, 2022 to Aug 31, 2022 | |
|---|---|
| **Description** | **Amount USD** |
| Fixed | 6,901.30 |
| **Total** | **$ 6,901.30** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701

Filling Date                8/30/2022

| Customer Name | Invoice Date | Due Date | Days | Billing Type | Invoice Number | Engine No | Default Interest | Total Outstanding | Current | 0 - 30 Days | 31- 60 Days | 61 - 90 Days | 91 - 120 Days | 121 Days + |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pakistan International Airlines Corporation Limited | 6/22/2022 | 6/22/2022 | 70 | Credits | 46978 | 697262 | | ($10,000.00) | - | - | - | ($10,000.00) | - | - |
| Pakistan International Airlines Corporation Limited | 6/22/2022 | 6/22/2022 | 70 | Credits | 46979 | 779168 | | ($10,000.00) | - | - | - | ($10,000.00) | - | - |
| Pakistan International Airlines Corporation Limited | 7/5/2022 | 7/5/2022 | 57 | Credits | 47169 | | | ($100,000.00) | - | - | ($100,000.00) | - | - | - |
| Pakistan International Airlines Corporation Limited | 2/2/2022 | 3/18/2022 | 166 | Rental | 1. 47978 | 575195 | $1,386.32 | $45,000.00 | - | - | - | - | - | $45,000.00 |
| Pakistan International Airlines Corporation Limited | 2/2/2022 | 3/18/2022 | 166 | Rental | 2. 91276 | 697519 | $1,386.32 | $45,000.00 | - | - | - | - | - | $45,000.00 |
| Pakistan International Airlines Corporation Limited | 5/23/2022 | 5/15/2022 | 108 | Maintenance | 3. 48757 | 575195 | $2,233.21 | $111,419.97 | - | - | - | - | $111,419.97 | - |
| Pakistan International Airlines Corporation Limited | 5/23/2022 | 5/15/2022 | 108 | Maintenance | 4. 91461 | 697519 | $2,233.21 | $111,419.97 | - | - | - | - | $111,419.97 | - |
| Pakistan International Airlines Corporation Limited | 4/7/2022 | 5/18/2022 | 105 | Rental | 5. 48441 | 575195 | $876.89 | $45,000.00 | - | - | - | - | $45,000.00 | - |
| Pakistan International Airlines Corporation Limited | 4/7/2022 | 5/18/2022 | 105 | Rental | 6. 91390 | 697519 | $876.89 | $45,000.00 | - | - | - | - | $45,000.00 | - |
| Pakistan International Airlines Corporation Limited | 6/21/2022 | 6/15/2022 | 77 | Maintenance | 7. 48984 | 575195 | $1,700.44 | $118,994.77 | - | - | - | $118,994.77 | - | - |
| Pakistan International Airlines Corporation Limited | 6/21/2022 | 6/15/2022 | 77 | Maintenance | 8. 91517 | 697519 | $1,700.44 | $118,994.77 | - | - | - | $118,994.77 | - | - |
| Pakistan International Airlines Corporation Limited | 5/26/2022 | 6/17/2022 | 75 | Rental | 9. 48765 | 697262 | $605.47 | $43,500.00 | - | - | - | $43,500.00 | - | - |
| Pakistan International Airlines Corporation Limited | 5/26/2022 | 6/17/2022 | 75 | Rental | 10. 91465 | 779168 | $605.47 | $43,500.00 | - | - | - | $43,500.00 | - | - |
| Pakistan International Airlines Corporation Limited | 5/7/2022 | 6/18/2022 | 74 | Rental | 11. 48670 | 575195 | $618.00 | $45,000.00 | - | - | - | $45,000.00 | - | - |
| Pakistan International Airlines Corporation Limited | 5/6/2022 | 6/18/2022 | 74 | Rental | 12. 91443 | 697519 | $618.00 | $45,000.00 | - | - | - | $45,000.00 | - | - |
| Pakistan International Airlines Corporation Limited | 6/28/2022 | 6/28/2022 | 64 | Default Interest | 13. 49007 | 697262 | $153.67 | $12,938.05 | - | - | - | $12,938.05 | - | - |
| Pakistan International Airlines Corporation Limited | 8/19/2022 | 7/15/2022 | 47 | Maintenance | 14. 49432 | 575195 | $1,183.38 | $135,669.42 | - | - | $135,669.42 | - | - | - |
| Pakistan International Airlines Corporation Limited | 8/19/2022 | 7/15/2022 | 47 | Maintenance | 15. 91629 | 697519 | $1,183.38 | $135,669.42 | - | - | $135,669.42 | - | - | - |
| Pakistan International Airlines Corporation Limited | 6/10/2022 | 7/17/2022 | 45 | Rental | 16. 48926 | 697262 | $363.28 | $43,500.00 | - | - | $43,500.00 | - | - | - |
| Pakistan International Airlines Corporation Limited | 6/10/2022 | 7/17/2022 | 45 | Rental | 17. 91504 | 779168 | $363.28 | $43,500.00 | - | - | $43,500.00 | - | - | - |
| Pakistan International Airlines Corporation Limited | 6/10/2022 | 7/18/2022 | 44 | Rental | 18. 48884 | 575195 | $367.46 | $45,000.00 | - | - | $45,000.00 | - | - | - |
| Pakistan International Airlines Corporation Limited | 6/10/2022 | 7/18/2022 | 44 | Rental | 19. 91500 | 697519 | $367.46 | $45,000.00 | - | - | $45,000.00 | - | - | - |
| Pakistan International Airlines Corporation Limited | 8/23/2022 | 8/15/2022 | 16 | Maintenance | 20. 49437 | 575195 | $286.80 | $96,585.26 | - | $96,585.26 | - | - | - | - |
| Pakistan International Airlines Corporation Limited | 8/23/2022 | 8/15/2022 | 16 | Maintenance | 21. 91631 | 697519 | $286.80 | $96,585.26 | - | $96,585.26 | - | - | - | - |
| Pakistan International Airlines Corporation Limited | 7/7/2022 | 8/17/2022 | 14 | Rental | 22. 49159 | 697262 | $113.02 | $43,500.00 | - | $43,500.00 | - | - | - | - |
| Pakistan International Airlines Corporation Limited | 7/7/2022 | 8/17/2022 | 14 | Rental | 23. 91557 | 779168 | $113.02 | $43,500.00 | - | $43,500.00 | - | - | - | - |
| Pakistan International Airlines Corporation Limited | 7/7/2022 | 8/18/2022 | 13 | Rental | 24. 49117 | 575195 | $108.57 | $45,000.00 | - | $45,000.00 | - | - | - | - |
| Pakistan International Airlines Corporation Limited | 7/7/2022 | 8/18/2022 | 13 | Rental | 25. 91553 | 697519 | $108.57 | $45,000.00 | - | $45,000.00 | - | - | - | - |
| Pakistan International Airlines Corporation Limited | 8/30/2022 | 8/30/2022 | 1 | Default Interest | 26. 49468 | | $0.00 | $6,901.30 | $6,901.30 | - | - | - | - | - |
| | | | | | | Total | | $1,536,178.19 | $6,901.30 | $370,170.52 | $348,338.84 | $407,927.59 | $312,839.94 | $90,000.00 |

| | |
|---|---|
| Default Interest to be invoiced | $19,839.35 |
| Default Interest Invoice previously | ($12,938.05) |
| Default Interest due | $6,901.30 |

| Base | 1 month LIBOR | Default Interest Rate |
|---|---|---|
| 4.25% | 2.52386% | 6.7739% |

**0.01856%**  Rate per day based on 365 days

### LIBOR Rates

Rates shown are effective 8/26/22

Libor Rates (USD) | Pound Libor Rates | Yen Libor Rates

| | LATEST |
|---|---|
| Libor Overnight | 2.30914 |
| Libor 1 Month | 2.52386 |
| Libor 3 Month | 3.06957 |
| Libor 6 Month | 3.56643 |
| Libor 1 Year | 4.12329 |

Sources: FactSet, ICE Benchmark Administration

10. **Default Rate** (clause 3.5; annex 1, definition)

Four and one half per cent (4.26%) per annum over LIBOR (as determined by reference to offered rate for deposits in U.S. Dollars for a period of one month on the first day of the applicable month, and published by the British Bankers Association, "LIBOR"), but not to exceed the maximum amount permitted by law.



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

| | |
|---|---|
| **Invoice No.:** | 49604 |
| **Invoice Date:** | Sep 12, 2022 |

Pursuant to the Lease Agreement:

**Lessor:** Willis Lease Finance Corporation
**Engine Model:** CFM56-5B6/P
**Serial Number:** 697262

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Oct 17, 2022 to Nov 16, 2022 | Oct 17, 2022 | USD | 160.65 |

| | |
|---|---|
| **Total Amount Due (USD):** | 160.65 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | City National Bank |
| | Los Angeles, CA |
| SWIFT Code: | CINAUS6L |
| ABA No.: | 122016066 |
| Account Name: | Willis Lease Finance Corporation |
| Account No.: | 432633411 |
| Reference: | ESN: 697262 Invoice No: 49604 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Rent Calculation for Period Oct 17, 2022 to Nov 16, 2022 | |
|---|---|
| **Description** | **Amount USD** |
| Fixed | 43,500.00 |
| **Total** | **$ 43,500.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:**   **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

| | |
|---|---|
| **Invoice No.:** | 50530 |
| **Invoice Date:** | Dec 01, 2022 |

Pursuant to the Lease Agreement:

**Lessor:**           Willis Lease Finance Corporation
**Engine Model:**   CFM56-5B6/P
**Serial Number:**   697262

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Use Fees | Oct 01, 2022 to Oct 31, 2022 | Nov 15, 2022 | USD | 22,348.88 |

|  | |
|---|---|
| **Total Amount Due (USD):** | 22,348.88 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Use Fees Calculation for Period Oct 01, 2022 to Oct 31, 2022 | |
|---|---|
| **Description** | **Amount USD** |
| Performance Restoration SN: 697262<br>[Sector Length :  (H/C) where<br>   H: Actual Flight Hours = 65.30<br>   C: Cycles = 27<br> = 2.4185]<br>[Sector Length Rate = 249.92 where<br>   Sector Length Used = (2.50 to 2.40)]<br>Sector Length Charge =  (65.30 FH*USD249.92 = 16,319.78) | 16,319.78 |
| Plus    Engine LLP SN: 697262<br>Cycles Charge =  (27 C*USD223.30 = 6,029.10) | 6,029.10 |
| **Total** | **$ 22,348.88** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

# INVOICE

| | | | |
|---|---|---|---|
| **To:** | **Pakistan International Airlines Corporation Limited** | **Invoice No.:** | 91801 |
| | PAI Head Office | **Invoice Date:** | Dec 01, 2022 |
| | Old Airport, Terminal 1 | | |
| | Karachi, 75200 | | |
| | Pakistan | | |
| | Attn: Amir Ali, | | |
| | Chief Technical Officer | | |
| | PAI Engineering and Maintenance Dept, Head Office | | |
| | Karachi Airport, Karachi | | |

Pursuant to the Lease Agreement:

**Lessor:** Willis Engine Structured Trust V
**Engine Model:** CFM56-5B4/P
**Serial Number:** 779168

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Use Fees | Oct 01, 2022 to Oct 31, 2022 | Nov 15, 2022 | USD | 22,348.88 |

| | |
|---|---|
| **Total Amount Due (USD):** | 22,348.88 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | Deutsche Bank Trust Company Americas |
| | New York, NY |
| SWIFT Code: | BKTRUS33 |
| ABA No.: | 021001033 |
| Account Name: | DBTCA as Trustee for WEST V Lessor Acct |
| Account No.: | 01479113 |
| Reference: | ESN: 779168 Invoice No: 91801 |

---

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

| Details of Use Fees Calculation for Period Oct 01, 2022 to Oct 31, 2022 | |
|---|---|
| **Description** | **Amount USD** |
| Performance Restoration SN: 779168<br>[Sector Length :  (H/C) where<br>  H: Actual Flight Hours = 65.30<br>  C: Cycles = 27<br> = 2.4185]<br>[Sector Length Rate = 249.92 where<br>  Sector Length Used = (2.50 to 2.40)]<br>Sector Length Charge =  (65.30 FH*USD249.92 = 16,319.78) | 16,319.78 |
| Plus   Engine LLP SN: 779168<br>Cycles Charge =  (27 C*USD223.30 = 6,029.10) | 6,029.10 |
| **Total** | **$ 22,348.88** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:** 91802
**Invoice Date:** Dec 01, 2022

Pursuant to the Lease Agreement:

**Lessor:** Willis Engine Structured Trust V
**Engine Model:** CFM56-5B4/3
**Serial Number:** 697519

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Use Fees | Oct 01, 2022 to Oct 31, 2022 | Nov 15, 2022 | USD | 109,362.18 |

**Total Amount Due (USD):** 109,362.18

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | Deutsche Bank Trust Company Americas |
| | New York, NY |
| SWIFT Code: | BKTRUS33 |
| ABA No.: | 021001033 |
| Account Name: | DBTCA as Trustee for WEST V Lessor Acct |
| Account No.: | 01479113 |
| Reference: | ESN: 697519 Invoice No: 91802 |

---

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

| Details of Use Fees Calculation for Period Oct 01, 2022 to Oct 31, 2022 | |
|---|---|
| **Description** | **Amount USD** |
| Performance Restoration SN: 697519<br>[Sector Length :  (H/C) where<br>   H: Actual Flight Hours = 207.92<br>   C: Cycles = 140<br>  = 1.4851]<br>[Sector Length Rate = 365.25 where<br>   Sector Length Used = (1.50 to 1.40)]<br>Sector Length Charge =  (207.92 FH*USD365.25 = 75,942.78) | 75,942.78 |
| Plus   Engine LLP SN: 697519<br>Cycles Charge =  (140 C*USD238.71 = 33,419.40) | 33,419.40 |
| **Total** | **$ 109,362.18** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:** 50528
**Invoice Date:** Dec 01, 2022

Pursuant to the Lease Agreement:

**Lessor:** Willis Lease Finance Corporation
**Engine Model:** CFM56-5B4/P
**Serial Number:** 575195

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Use Fees | Oct 01, 2022 to Oct 31, 2022 | Nov 15, 2022 | USD | 109,362.18 |

**Total Amount Due (USD):** 109,362.18

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | City National Bank |
| | Los Angeles, CA |
| SWIFT Code: | CINAUS6L |
| ABA No.: | 122016066 |
| Account Name: | Willis Lease Finance Corporation |
| Account No.: | 432633411 |
| Reference: | ESN: 575195 Invoice No: 50528 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Use Fees Calculation for Period Oct 01, 2022 to Oct 31, 2022 | |
|---|---|
| **Description** | **Amount USD** |
| Performance Restoration SN: 575195<br>[Sector Length :  (H/C) where<br>  H: Actual Flight Hours = 207.92<br>  C: Cycles = 140<br> = 1.4851]<br>[Sector Length Rate = 365.25 where<br>  Sector Length Used = (1.50 to 1.40)]<br>Sector Length Charge =  (207.92 FH*USD365.25 = 75,942.78) | 75,942.78 |
| Plus  Engine LLP SN: 575195<br>Cycles Charge =  (140 C*USD238.71 = 33,419.40) | 33,419.40 |
| **Total** | **$ 109,362.18** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:** 49837
**Invoice Date:** Oct 06, 2022

Pursuant to the Lease Agreement:

**Lessor:** Willis Lease Finance Corporation
**Engine Model:** CFM56-5B6/P
**Serial Number:** 697262

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Nov 17, 2022 to Dec 16, 2022 | Nov 17, 2022 | USD | 43,500.00 |

**Total Amount Due (USD):** 43,500.00

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | City National Bank |
| | Los Angeles, CA |
| SWIFT Code: | CINAUS6L |
| ABA No.: | 122016066 |
| Account Name: | Willis Lease Finance Corporation |
| Account No.: | 432633411 |
| Reference: | ESN: 697262 Invoice No: 49837 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Rent Calculation for Period Nov 17, 2022 to Dec 16, 2022 | |
| --- | --- |
| **Description** | **Amount USD** |
| Fixed | 43,500.00 |
| **Total** | **$ 43,500.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

# INVOICE

**To:**  **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:**  91708
**Invoice Date:**  Oct 06, 2022

Pursuant to the Lease Agreement:

**Lessor:**  Willis Engine Structured Trust V
**Engine Model:**  CFM56-5B4/P
**Serial Number:**  779168

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Nov 17, 2022 to Dec 16, 2022 | Nov 17, 2022 | USD | 43,500.00 |

**Total Amount Due (USD):**  43,500.00

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | Deutsche Bank Trust Company Americas |
| | New York, NY |
| SWIFT Code: | BKTRUS33 |
| ABA No.: | 021001033 |
| Account Name: | DBTCA as Trustee for WEST V Lessor Acct |
| Account No.: | 01479113 |
| Reference: | ESN: 779168 Invoice No: 91708 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

| Details of Rent Calculation for Period Nov 17, 2022 to Dec 16, 2022 | |
| --- | --- |
| **Description** | **Amount USD** |
| Fixed | 43,500.00 |
| **Total** | **$ 43,500.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:** 49805
**Invoice Date:** Oct 06, 2022

Pursuant to the Lease Agreement:

**Lessor:** Willis Lease Finance Corporation
**Engine Model:** CFM56-5B4/P
**Serial Number:** 575195

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Nov 18, 2022 to Dec 17, 2022 | Nov 18, 2022 | USD | 45,000.00 |

**Total Amount Due (USD):** 45,000.00

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | City National Bank |
| | Los Angeles, CA |
| SWIFT Code: | CINAUS6L |
| ABA No.: | 122016066 |
| Account Name: | Willis Lease Finance Corporation |
| Account No.: | 432633411 |
| Reference: | ESN: 575195 Invoice No: 49805 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Rent Calculation for Period Nov 18, 2022 to Dec 17, 2022 | |
|---|---|
| **Description** | **Amount USD** |
| Fixed | 45,000.00 |
| **Total** | **$ 45,000.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

| | |
|---|---|
| **Invoice No.:** | 91704 |
| **Invoice Date:** | Oct 06, 2022 |

Pursuant to the Lease Agreement:

**Lessor:** Willis Engine Structured Trust V
**Engine Model:** CFM56-5B4/3
**Serial Number:** 697519

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Nov 18, 2022 to Dec 17, 2022 | Nov 18, 2022 | USD | 45,000.00 |

**Total Amount Due (USD):** 45,000.00

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | Deutsche Bank Trust Company Americas |
| | New York, NY |
| SWIFT Code: | BKTRUS33 |
| ABA No.: | 021001033 |
| Account Name: | DBTCA as Trustee for WEST V Lessor Acct |
| Account No.: | 01479113 |
| Reference: | ESN: 697519 Invoice No: 91704 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

| Details of Rent Calculation for Period Nov 18, 2022 to Dec 17, 2022 | |
| --- | --- |
| **Description** | **Amount USD** |
| Fixed | 45,000.00 |
| **Total** | **$ 45,000.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



**Willis Lease Finance Corporation**
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

| | |
|---|---|
| **Invoice No.:** | 51101 |
| **Invoice Date:** | Jan 23, 2023 |

Pursuant to the Lease Agreement:

**Lessor:** Willis Lease Finance Corporation
**Engine Model:** CFM56-5B6/P
**Serial Number:** 697262

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Use Fees | Nov 01, 2022 to Nov 30, 2022 | Dec 15, 2022 | USD | 117,997.49 |

**Total Amount Due (USD):** 117,997.49

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Use Fees Calculation for Period Nov 01, 2022 to Nov 30, 2022 | |
| --- | --- |
| **Description** | **Amount USD** |
| Performance Restoration SN: 697262<br>[Sector Length :  (H/C) where<br>  H: Actual Flight Hours = 334.72<br>  C: Cycles = 144<br> = 2.3244]<br>[Sector Length Rate = 256.46 where<br>  Sector Length Used = (2.40 to 2.30)]<br>Sector Length Charge =  (334.72 FH*USD256.46 = 85,842.29) | 85,842.29 |
| Plus   Engine LLP SN: 697262<br>Cycles Charge =  (144 C*USD223.30 = 32,155.20) | 32,155.20 |
| **Total** | **$ 117,997.49** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
*Power to Spare - Worldwide*

Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

| | |
|---|---|
| **Invoice No.:** | 91925 |
| **Invoice Date:** | Jan 23, 2023 |

Pursuant to the Lease Agreement:

**Lessor:**          Willis Engine Structured Trust V
**Engine Model:**   CFM56-5B4/P
**Serial Number:**  779168

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Use Fees | Nov 01, 2022 to Nov 30, 2022 | Dec 15, 2022 | USD | 117,997.49 |

**Total Amount Due (USD):** 117,997.49

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | Deutsche Bank Trust Company Americas |
| | New York, NY |
| SWIFT Code: | BKTRUS33 |
| ABA No.: | 021001033 |
| Account Name: | DBTCA as Trustee for WEST V Lessor Acct |
| Account No.: | 01479113 |
| Reference: | ESN: 779168 Invoice No: 91925 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
Power to Spare – Worldwide®

Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

| Details of Use Fees Calculation for Period Nov 01, 2022 to Nov 30, 2022 | |
|---|---|
| **Description** | **Amount USD** |
| Performance Restoration SN: 779168<br>[Sector Length :  (H/C) where<br>   H: Actual Flight Hours = 334.72<br>   C: Cycles = 144<br>  = 2.3244]<br>[Sector Length Rate = 256.46 where<br>   Sector Length Used = (2.40 to 2.30)]<br>Sector Length Charge =  (334.72 FH*USD256.46 = 85,842.29) | 85,842.29 |
| Plus  Engine LLP SN: 779168<br>Cycles Charge =  (144 C*USD223.30 = 32,155.20) | 32,155.20 |
| **Total** | **$ 117,997.49** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:** 51100
**Invoice Date:** Jan 23, 2023

Pursuant to the Lease Agreement:

**Lessor:** Willis Lease Finance Corporation
**Engine Model:** CFM56-5B4/P
**Serial Number:** 575195

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Use Fees | Nov 01, 2022 to Nov 30, 2022 | Dec 15, 2022 | USD | 92,890.87 |

**Total Amount Due (USD):** 92,890.87

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | City National Bank |
| | Los Angeles, CA |
| SWIFT Code: | CINAUS6L |
| ABA No.: | 122016066 |
| Account Name: | Willis Lease Finance Corporation |
| Account No.: | 432633411 |
| Reference: | ESN: 575195 Invoice No: 51100 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
Power to Spare – Worldwide®

Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Use Fees Calculation for Period Nov 01, 2022 to Nov 30, 2022 | |
|---|---|
| **Description** | **Amount USD** |
| Performance Restoration SN: 575195<br>[Sector Length :  (H/C) where<br>  H: Actual Flight Hours = 182.03<br>  C: Cycles = 120<br> = 1.5169]<br>[Sector Length Rate = 352.94 where<br>  Sector Length Used = (1.60 to 1.50)]<br>Sector Length Charge =  (182.03 FH*USD352.94 = 64,245.67) | 64,245.67 |
| Plus   Engine LLP SN: 575195<br>Cycles Charge =  (120 C*USD238.71 = 28,645.20) | 28,645.20 |
| **Total** | **$ 92,890.87** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

| **To:** | **Pakistan International Airlines Corporation Limited** | **Invoice No.:** | 50128 |
|---|---|---|---|
| | PAI Head Office | **Invoice Date:** | Nov 04, 2022 |

PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

Pursuant to the Lease Agreement:

**Lessor:**           Willis Lease Finance Corporation
**Engine Model:**    CFM56-5B6/P
**Serial Number:**   697262

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Dec 17, 2022 to Jan 16, 2023 | Dec 17, 2022 | USD | 43,500.00 |

| | | | **Total Amount Due (USD):** | 43,500.00 |
|---|---|---|---|---|

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | City National Bank |
| | Los Angeles, CA |
| SWIFT Code: | CINAUS6L |
| ABA No.: | 122016066 |
| Account Name: | Willis Lease Finance Corporation |
| Account No.: | 432633411 |
| Reference: | ESN: 697262 Invoice No: 50128 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Rent Calculation for Period Dec 17, 2022 to Jan 16, 2023 | |
| --- | --- |
| **Description** | **Amount USD** |
| Fixed | 43,500.00 |
| **Total** | **$ 43,500.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
Power to Spare - Worldwide

**Willis Engine Structured Trust V**
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

# INVOICE

**To:**  **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:**  91761
**Invoice Date:**  Nov 04, 2022

Pursuant to the Lease Agreement:

**Lessor:**  Willis Engine Structured Trust V
**Engine Model:**  CFM56-5B4/P
**Serial Number:**  779168

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Dec 17, 2022 to Jan 16, 2023 | Dec 17, 2022 | USD | 43,500.00 |

**Total Amount Due (USD):**  43,500.00

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | Deutsche Bank Trust Company Americas |
| | New York, NY |
| SWIFT Code: | BKTRUS33 |
| ABA No.: | 021001033 |
| Account Name: | DBTCA as Trustee for WEST V Lessor Acct |
| Account No.: | 01479113 |
| Reference: | ESN: 779168 Invoice No: 91761 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

| Details of Rent Calculation for Period Dec 17, 2022 to Jan 16, 2023 | |
|---|---|
| **Description** | **Amount USD** |
| Fixed | 43,500.00 |
| **Total** | **$ 43,500.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



**Willis Lease Finance Corporation**
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

| | | | |
|---|---|---|---|
| **To:** | **Pakistan International Airlines Corporation Limited** | **Invoice No.:** | 50098 |
| | PAI Head Office | **Invoice Date:** | Nov 04, 2022 |
| | Old Airport, Terminal 1 | | |
| | Karachi, 75200 | | |
| | Pakistan | | |
| | Attn: Amir Ali, | | |
| | Chief Technical Officer | | |
| | PAI Engineering and Maintenance Dept, Head Office | | |
| | Karachi Airport, Karachi | | |

Pursuant to the Lease Agreement:

**Lessor:**          Willis Lease Finance Corporation
**Engine Model:**   CFM56-5B4/P
**Serial Number:**  575195

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Dec 18, 2022 to Jan 17, 2023 | Dec 18, 2022 | USD | 45,000.00 |

**Total Amount Due (USD):**          45,000.00

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | City National Bank |
| | Los Angeles, CA |
| SWIFT Code: | CINAUS6L |
| ABA No.: | 122016066 |
| Account Name: | Willis Lease Finance Corporation |
| Account No.: | 432633411 |
| Reference: | ESN: 575195 Invoice No: 50098 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Rent Calculation for Period Dec 18, 2022 to Jan 17, 2023 | |
| --- | --- |
| **Description** | **Amount USD** |
| Fixed | 45,000.00 |
| **Total** | **$ 45,000.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
Power to Spare - Worldwide

Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

# INVOICE

**To:**   **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:**   91757
**Invoice Date:**   Nov 04, 2022

Pursuant to the Lease Agreement:

**Lessor:**   Willis Engine Structured Trust V
**Engine Model:**   CFM56-5B4/3
**Serial Number:**   697519

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Dec 18, 2022 to Jan 17, 2023 | Dec 18, 2022 | USD | 45,000.00 |

**Total Amount Due (USD):**   45,000.00

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
Power to Spare – Worldwide®

Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

**Please remit by wire transfer to:**
Beneficiary Bank:       Deutsche Bank Trust Company Americas
                        New York, NY
SWIFT Code:             BKTRUS33
ABA No.:                021001033
Account Name:           DBTCA as Trustee for WEST V Lessor Acct
Account No.:            01479113
Reference:              ESN: 697519 Invoice No: 91757

---

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

| Details of Rent Calculation for Period Dec 18, 2022 to Jan 17, 2023 | |
|---|---|
| **Description** | **Amount USD** |
| Fixed | 45,000.00 |
| **Total** | **$ 45,000.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



**Willis Lease Finance Corporation**
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

| | |
|---|---|
| **Invoice No.:** | 51117 |
| **Invoice Date:** | Jan 25, 2023 |

Pursuant to the Lease Agreement:

**Lessor:** Willis Lease Finance Corporation
**Engine Model:** CFM56-5B6/P
**Serial Number:** 697262

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Use Fees | Dec 01, 2022 to Dec 31, 2022 | Jan 15, 2023 | USD | 122,131.32 |

| | |
|---|---|
| **Total Amount Due (USD):** | 122,131.32 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
Power to Spare – Worldwide®

Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Use Fees Calculation for Period Dec 01, 2022 to Dec 31, 2022 | |
|---|---|
| **Description** | **Amount USD** |
| Performance Restoration SN: 697262<br>[Sector Length :  (H/C) where<br> H: Actual Flight Hours = 324.37<br> C: Cycles = 152<br> = 2.1340]<br>[Sector Length Rate = 271.88 where<br> Sector Length Used = (2.20 to 2.10)]<br>Sector Length Charge =  (324.37 FH*USD271.88 = 88,189.72) | 88,189.72 |
| Plus   Engine LLP SN: 697262<br>Cycles Charge =  (152 C*USD223.30 = 33,941.60) | 33,941.60 |
| **Total** | **$ 122,131.32** |
| | |

---

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

# INVOICE

**To:**   **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:**   91928
**Invoice Date:**   Jan 24, 2023

Pursuant to the Lease Agreement:

**Lessor:**   Willis Engine Structured Trust V
**Engine Model:**   CFM56-5B4/P
**Serial Number:**   779168

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Use Fees | Dec 01, 2022 to Dec 31, 2022 | Jan 15, 2023 | USD | 122,131.32 |

**Total Amount Due (USD):**   122,131.32

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
Power to Spare – Worldwide®

Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | Deutsche Bank Trust Company Americas |
| | New York, NY |
| SWIFT Code: | BKTRUS33 |
| ABA No.: | 021001033 |
| Account Name: | DBTCA as Trustee for WEST V Lessor Acct |
| Account No.: | 01479113 |
| Reference: | ESN: 779168 Invoice No: 91928 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
Power to Spare – Worldwide®

Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

| Details of Use Fees Calculation for Period Dec 01, 2022 to Dec 31, 2022 | |
|---|---|
| **Description** | **Amount USD** |
| Performance Restoration SN: 779168<br>[Sector Length :  (H/C) where<br>  H: Actual Flight Hours = 324.37<br>  C: Cycles = 152<br> = 2.1340]<br>[Sector Length Rate = 271.88 where<br>  Sector Length Used = (2.20 to 2.10)]<br>Sector Length Charge =  (324.37 FH*USD271.88 = 88,189.72) | 88,189.72 |
| Plus  Engine LLP SN: 779168<br>Cycles Charge =  (152 C*USD223.30 = 33,941.60) | 33,941.60 |
| **Total** | **$ 122,131.32** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:**  **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:**     50624
**Invoice Date:**    Dec 07, 2022

Pursuant to the Lease Agreement:

**Lessor:**          Willis Lease Finance Corporation
**Engine Model:**    CFM56-5B6/P
**Serial Number:**   697262

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Jan 17, 2023 to Feb 16, 2023 | Jan 17, 2023 | USD | 43,500.00 |

**Total Amount Due (USD):**     43,500.00

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | City National Bank |
| | Los Angeles, CA |
| SWIFT Code: | CINAUS6L |
| ABA No.: | 122016066 |
| Account Name: | Willis Lease Finance Corporation |
| Account No.: | 432633411 |
| Reference: | ESN: 697262 Invoice No: 50624 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Rent Calculation for Period Jan 17, 2023 to Feb 16, 2023 | |
|---|---|
| **Description** | **Amount USD** |
| Fixed | 43,500.00 |
| **Total** | **$ 43,500.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:**    91832
**Invoice Date:**    Dec 07, 2022

Pursuant to the Lease Agreement:

**Lessor:**    Willis Engine Structured Trust V
**Engine Model:**    CFM56-5B4/P
**Serial Number:**    779168

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Jan 17, 2023 to Feb 16, 2023 | Jan 17, 2023 | USD | 43,500.00 |

**Total Amount Due (USD):**    43,500.00

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | Deutsche Bank Trust Company Americas |
| | New York, NY |
| SWIFT Code: | BKTRUS33 |
| ABA No.: | 021001033 |
| Account Name: | DBTCA as Trustee for WEST V Lessor Acct |
| Account No.: | 01479113 |
| Reference: | ESN: 779168 Invoice No: 91832 |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

| Details of Rent Calculation for Period Jan 17, 2023 to Feb 16, 2023 | |
| --- | --- |
| **Description** | **Amount USD** |
| Fixed | 43,500.00 |
| **Total** | **$ 43,500.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:** 91829
**Invoice Date:** Dec 07, 2022

Pursuant to the Lease Agreement:

**Lessor:** Willis Engine Structured Trust V
**Engine Model:** CFM56-5B4/3
**Serial Number:** 697519

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Jan 18, 2023 to Feb 17, 2023 | Jan 18, 2023 | USD | 45,000.00 |

**Total Amount Due (USD):** 45,000.00

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

**Please remit by wire transfer to:**

| | |
|---|---|
| Beneficiary Bank: | Deutsche Bank Trust Company Americas |
| | New York, NY |
| SWIFT Code: | BKTRUS33 |
| ABA No.: | 021001033 |
| Account Name: | DBTCA as Trustee for WEST V Lessor Acct |
| Account No.: | 01479113 |
| Reference: | ESN: 697519 Invoice No: 91829 |

---

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Engine Structured Trust V
4700 Lyons Technology Parkway
Coconut Creek FL 33073
USA

| Details of Rent Calculation for Period Jan 18, 2023 to Feb 17, 2023 | |
|---|---|
| **Description** | **Amount USD** |
| Fixed | 45,000.00 |
| **Total** | **$ 45,000.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

# INVOICE

**To:** **Pakistan International Airlines Corporation Limited**
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan
Attn: Amir Ali,
Chief Technical Officer
PAI Engineering and Maintenance Dept, Head Office
Karachi Airport, Karachi

**Invoice No.:** 50591
**Invoice Date:** Dec 07, 2022

Pursuant to the Lease Agreement:

**Lessor:** Willis Lease Finance Corporation
**Engine Model:** CFM56-5B4/P
**Serial Number:** 575195

| Description | Period | Payment Due Date | Currency | Amount Due |
|---|---|---|---|---|
| Rent | Jan 18, 2023 to Feb 17, 2023 | Jan 18, 2023 | USD | 45,000.00 |

**Total Amount Due (USD):** 45,000.00

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

**Please remit by wire transfer to:**
Beneficiary Bank:       City National Bank
                        Los Angeles, CA
SWIFT Code:             CINAUS6L
ABA No.:                122016066
Account Name:           Willis Lease Finance Corporation
Account No.:            432633411
Reference:              ESN: 575195 Invoice No: 50591

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701



Willis Lease Finance Corporation
4700 Lyons Technology Parkway
Coconut Creek, FL 33073
USA

| Details of Rent Calculation for Period Jan 18, 2023 to Feb 17, 2023 | |
|---|---|
| **Description** | **Amount USD** |
| Fixed | 45,000.00 |
| **Total** | **$ 45,000.00** |
| | |

For questions regarding this invoice, please contact:
Willis Lease Finance Corporation, as Servicer
Email: AR@willislease.com
Tel: +1 415.408.4700
Fax: +1 415.408.4701