# Exhibit 9

**Bird & Bird**

Bird & Bird LLP
12 New Fetter Lane
London EC4A 1JP
United Kingdom

Tel  +44 (0) 20 7415 6000
DX  119 London

twobirds.com

**STRICTLY PRIVATE AND CONFIDENTIAL**
**BY EMAIL**

FAO: Amir Ali
Pakistan International Airlines Corporation Limited
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan

amir.ali@piac.aero;
cto@piac.aero

Our ref:             WILLV.0041/STE/YVPK

6 April 2023

Dear Sirs

**Our client: Willis Lease Finance Corporation**

**ESNs 575195, 697262, 697519 and 779168 ("the Engines")**

As you are aware from our letter dated 22 November 2022, we are instructed by Willis Lease Finance Corporation ("**Willis**"), in relation to ongoing, overdue sums owed by Pakistan International Airlines Corporation Limited ("**PIA**" or "**you**") pursuant to the engine leases (as further described in Annex 1 to this letter – the "**Leases**"). These relate to the Engines.

On 3 February 2023, our client served a further Notice of Events of Default upon you. In this Notice, you were required to pay the then outstanding sum of US$1,367,570.61 together with all interest accrued thereon. That Notice made clear that unless the full amount then owing was paid immediately, i.e. within 24 hours of receipt of the Notice, you were required to cease utilizing the Engines and to prepare them for return in return condition.

You failed "immediately" or otherwise to make payment of all the sums owing in the letter. In breach of the Notice, you have also failed to cease utilizing all of the Engines and have them ready for return. Since the Notice, further sums have accrued and are outstanding and are overdue for payment. The total sum now overdue is US$1,761,426.72.

Your flagrant disregard of a formal Notice under the Leases is most concerning. The continued use of the Engines rather than preparing them for return evidences the fact that PIA is seeking to frustrate our client's rights to its Engines while further incurring rent which you are not paying. Given the failure to make payment to date, we infer that you do not intend to make payment to our client.

Bird & Bird LLP is a limited liability partnership, registered in England and Wales with registered number OC340318 and is authorised and regulated by the Solicitors Regulation Authority (SRA) with SRA ID 497264. Its registered office and principal place of business is as above. Bird & Bird is an international legal practice comprising Bird & Bird LLP and its affiliated and associated businesses having offices in the locations listed. The word "partner" is used to refer to a member of Bird & Bird LLP or an employee or consultant, or to a partner, member, director, employee or consultant in any of its affiliated or associated businesses, with equivalent standing and qualifications. A list of members of Bird & Bird LLP, and of any non-members who are designated as partners, and of their respective professional qualifications, is open to inspection at the above address.

**Bird & Bird**

Your behaviour, the intentional breaches of the Leases and the flagrant disregard to Notices served under the Leases shows a contumelious attitide towards your obligations and the international aviation industry generally.

We require you to confirm by return that (i) you have ceased utilizing all Engines and are preparing them for return in return condition and (ii) all outstanding sums will be paid in cleared funds within 24 hours.  If we fail to receive such confirmation from you and payment to our client, we shall take legal action without further reference to you.  This will likely include seeking to injunct PIA aircraft in UK airports (or elsewhere) without reference to you.

So that there is no misunderstanding, in the event an aircraft is grounded in the UK or EU under Court proceedings for non-payment of debts and breaches of leases, all passengers disrupted by such grounding and the inevitable cancellation of flights and adverse impact on your schedule indefinitely will be entitled to mandatory compensation under EU Regulation 261 in addition to refunds and other expenses. The mandatory compensation is €600 per passenger, i.e. c. €150,000 per sector, where the delay is more than 3 hours.  Given the number of sectors being operated, the amount of mandatory compensation (putting aside ticket refunds or bookings on to competitor airlines) would soon exceed the amount owed to our client.

Yours faithfully

*Bird + Bird LLP*

**Bird & Bird LLP**

cc (by email only):  Dean M. Poulakidas (dpoulakidas@willislease.com)

Bird & Bird

**Annex 1**

**Engine Leases**

1. Lease Agreement in respect of ESN 575195 dated as of 12 May 2021 between Bank of Utah, not in its individual capacity but solely as owner trustee, as lessor, and Pakistan Airlines, as lessee

2. Lease Agreement in respect of ESN 697262 dated as of 20 April 2022 between Bank of Utah, not in its individual capacity but solely as owner trustee, as lessor and Pakistan Airlines

3. Lease Agreement in respect of ESN 697519 dated as of 12 May 2021 between Bank of Utah, not in its individual capacity but solely as owner trustee, as lessor, and Pakistan Airlines

4. Lease Agreement in respect of ESN 779168 dated as of 20 April 2022 between Wells Fargo Trust Company, National Association, not in its individual capacity but solely as owner trustee, as lessor, and Pakistan Airlines

"**Lessors**" means as applicable under each Lease, Bank of Utah, not in its individual capacity but solely as owner trustee, and Wells Fargo Trust Company, National Association, not in its individual capacity but solely as owner trustee.