# Exhibit 10

**Bird & Bird**

Bird & Bird LLP
12 New Fetter Lane
London EC4A 1JP
United Kingdom

Tel +44 (0) 20 7415 6000
DX 119 London

twobirds.com

**STRICTLY PRIVATE AND CONFIDENTIAL
BY EMAIL**

FAO: Amir Ali
Pakistan International Airlines Corporation Limited
PAI Head Office
Old Airport, Terminal 1
Karachi, 75200
Pakistan

amir.ali@piac.aero;
cto@piac.aero

Our ref:            STE/YVPK

19 April 2023

Dear Sirs

**Our client: Willis Lease Finance Corporation**

**ESNs 575195, 697262, 697519 and 779168 ("the Engines")**

We refer to our letter of 6 April 2023 regarding the above Engines, the Notices of Default served and your contractual obligation to return the Engines in return condition forthwith.

We are most concerned that you have disregarded the grounding notices that have been served on you. You have failed to return the Engines and instead are actively operating the Engines. Your intentional breaches and the continued use of the Engines is clear evidence that PIA is seeking to prevent out client's rights to its property. Your refusal to comply also amounts to tortious interference in our client's property.

Your behaviour creates cross defaults on your other obligations and is sufficiently serious that our client considers it appropriate for the wider international aviation industry to be made aware of it so that other Western companies are not also adversely impacted by your disregard of contractual obligations and your failure to return our client's property. This may include other lessors, fuel companies, IATA, relevant airports whose operations may be disrupted by steps our client appears to be forced to take and those airlines with whom you have relationships.

Our client reserves its position to seize any PIA aircraft given your apparent intention to frustrate our client's steps to recover its assets and be paid. In the meantime, please confirm by return that you will accept service of process by email and/or that you have instructed lawyers in the UK to accept service of process on your behalf and if so, provide their details by return.

Abu Dhabi • Amsterdam • Beijing • Bratislava • Brussels • Budapest • Casablanca • Copenhagen • Dubai • Dublin • Dusseldorf • Frankfurt • The Hague • Hamburg • Helsinki • Hong Kong • London • Luxembourg • Lyon • Madrid • Milan • Munich • Paris • Prague • Rome • San Francisco • Shanghai • Singapore • Stockholm • Sydney • Warsaw

Bird & Bird LLP is a limited liability partnership, registered in England and Wales with registered number OC340318 and is authorised and regulated by the Solicitors Regulation Authority (SRA) with SRA ID 497264. Its registered office and principal place of business is as above. Bird & Bird is an international legal practice comprising Bird & Bird LLP and its affiliated and associated businesses having offices in the locations listed. The word "partner" is used to refer to a member of Bird & Bird LLP or an employee or consultant, or to a partner, member, director, employee or consultant in any of its affiliated or associated businesses, with equivalent standing and qualifications. A list of members of Bird & Bird LLP, and of any non-members who are designated as partners, and of their respective professional qualifications, is open to inspection at the above address.

Bird & Bird

Yours faithfully

*Bird + Bird LLP*

**Bird & Bird LLP**

cc. (by email): dpoulakidas@willislease.com; chairmanpia@piac.aero; ceo@piac.aero; cfo@piac.aero