UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIS ENGINE STRUCTURED TRUST V, et al.,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>PAKISTAN INTERNATIONAL AIRLINES CORPORATION LIMITED,<br><br>                    Defendant(s). | 23-CV-4855 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

      This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at [https://nysd.uscourts.gov/hon-dale-e-ho](https://nysd.uscourts.gov/hon-dale-e-ho). Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. The conference scheduled for May 15, 2024, will be held over Microsoft Teams. The parties shall join the conference by dialing 646-453-4442 and entering the Conference ID: 703 180 424, followed by the pound sign (#).

Dated: October 16, 2023
       New York, New York

                                                                    DALE E. HO
                                                   United States District Judge